**EURODIF S.A., Compagnie Générale Des Matières Nucléaires and Cogema, Inc., Plaintiffs–Appellees,**

and

**Ad Hoc Utilities Group, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant,**

and

**Usec Inc. and United States Enrichment Corporation, Defendants–Appellants.**

Nos. 2007–1005, 2007–1006.

United States Court of Appeals, Federal Circuit.

May 21, 2009.

522

## ORDER

Upon consideration of USEC Inc. and the United States Enrichment Corporation's Unopposed Motion for Remand, it is hereby ORDERED that:

This case is remanded to the Court of International Trade.